Kenneth Wayne MORRIS,
Petitioner–Appellant

v.

Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 07–70012.

United States Court of Appeals, Fifth Circuit.

April 17, 2008.

Gerald James Bierbaum, Houston, TX, Don Vernay, Rio Rancho, NM, Michael B. Charlton, Law Office of Michael B. Charlton, El Prado, NM, for Petitioner–Appellant.

Deni S. Garcia, Office of the Attorney General Postconviction Litigation Div., Austin, TX, for Respondent–Appellee.

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

For essentially the reasons stated by the magistrate judge and adopted by the district court, a Certificate of Appealability is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.